240 F.3d 1156 (9th Cir. 2001)
 SE JONG NOH, Petitioner,
v.
IMMIGRATION AND NATURALIZATION SERVICE, Respondent.
 No. 98-70982
 UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
 Filed March 1, 2001
 
 1
 Before: Procter Hug, Jr. and David R. Thompson, Circuit Judges, and Jane A. Restani, Court of International Trade Judge.[1]
 
 ORDER
 
 2
 The Respondent's petition for rehearing is granted. The opinion filed in this case on October 5, 2000 and published at 229 F.3d 771 is WITHDRAWN.
 
 
 
 Notes:
 
 
 [1]
 Honorable Jane A. Restani, Judge, United States Court of International Trade, sitting by designation.